```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
ERICA BROADUS, SUBSTITUTE         :
PARTY FOR FRANKLIN D. BROADUS,    :
                                  :
     Plaintiff,                   :
                                  :
vs.                               :
                                  :    CIVIL ACTION 15-420-M
CAROLYN W. COLVIN,                :
Social Security Commissioner,     :
                                  :
     Defendant.                   :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Erica Broadus, substitute party for Franklin D. Broadus, and against Defendant Carolyn W. Colvin.

DONE this 30th day of March, 2016.

s/BERT W. MILLING, JR.<br>
UNITED STATES MAGISTRATE JUDGE