IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


ERICA BROADUS, SUBSTITUTE         :
PARTY FOR FRANKLIN D. BROADUS,    :
                                  :
     Plaintiff,                   :
                                  :
vs.                               :     CIVIL ACTION 15-420-M
                                  :
CAROLYN W. COLVIN,                :
Commission of Social Security,    :
                                  :
     Defendant.                   :


JUDGMENT


In accordance with the Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor

of Plaintiff Erica Broadus and against Defendant Carolyn W.

Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA

Attorney's fee in the amount of $3,521.21.

DONE this 1st day of June, 2016.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE